UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NLM CAPITAL PARTNERS, L.P., | ) | |
| Plaintiff, | ) ) | 2:11-cv-912-GMN-RJJ |
| vs. | ) ) | |
| MOBICOM CORPORATION and WILLIAM E. GIBSON, | ) ) ) | O R D E R |
| Defendant, | ) ) | |

This matter was submitted to the undersigned Magistrate Judge on Defendant William E. Gibson's Emergency Ex-Parte Motion to Quash Plaintiff's Writ of Execution (#6).

The court having reviewed the Emergency Ex Parte Motion to Quash (#6), the Opposition (#8), the Supplement (#9) and the Reply (#10) and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant William E. Gibson's Emergency Ex-Parte Motion to Quash Plaintiff's Writ of Execution (#6) is **DENIED.**

DATED this __7th__ day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge