1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| NLM CAPITAL PARTNERS, L.P., | ) | |
| Plaintiff, | ) | 2:11-cv-912-GMN-RJJ |
| vs. | ) | |
| MOBICOM CORPORATION, *et al.,* | ) | O R D E R |
| Defendant, | ) | |

This matter is before the Court on Defendant William E. Gibson's Emergency Motion to Stay to Stop June 8, 2011, U.S. Marshal's Sale Pending Appeal (#13).

The Court having reviewed the Emergency Motion to Stay (#13) and having been advised that Plaintiff will not be filing a response to said motion and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant William E. Gibson's Emergency Motion to Stay to Stop June 8, 2011, U.S. Marshal's Sale Pending Appeal (#13) is **DENIED**.

DATED this   8th   day of June, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge