Patrick J. Reilly, Esq.
Nevada Bar No. 6103
HOLLAND & HART LLP
3800 Howard Hughes Parkway, 10th Floor
Las Vegas, Nevada 89169
Tel: (702) 669-4600
Fax: (702) 669-4650
Email: preilly@hollandhart.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| NLM CAPITAL PARTNERS, L.P., <br><br> Plaintiffs, <br><br> v. <br><br> MOBICOM CORPORATION and WILLIAM E. GIBSON, <br><br> Defendants. | Case No. : 2:11-cv-00912-GMN-RJJ <br><br> **ORDER SETTING JUDGMENT DEBTOR EXAM** |

**ORDER SETTING JUDGMENT DEBTOR EXAM**

It appearing to the Court by the Ex Parte Motion for Order Allowing Examination of Judgment Debtor William E. Gibson (the "Judgment Debtor") that Judgment was entered against the foregoing Defendant on August 9, 2010, in the amount of $4,370,090.33, which was registered in this Court on October 8, 2010, and good cause otherwise appearing,

IT IS HEREBY ORDERED that the Judgment Debtor, shall appear at the law offices of Holland & Hart LLP at 9555 Hillwood Drive, 2nd Floor, Las Vegas, Nevada 89134, on July 22, 2011 at 10:00 a.m., and on such further days as the Court shall name, to testify under oath concerning his property, and said Judgment Debtor is hereby forbidden in the meantime from disposing of any property not exempt from execution.

The foregoing Judgment Debtor shall appear and bring to the examination all documents and information relating to his property including, but not limited to, the documents and information requested in **Exhibit "A"** attached hereto.

5136926_1.DOC

Proof of service on the Judgment of this Order shall be filed with this Court prior to the scheduled examination. Should Plaintiff be unable to serve this Order on Judgment Debtors, the Plaintiff shall notify this Court of that fact by filing a notice with the Court.

Failure to appear at the time and place stated above may result in a bench warrant being used for your arrest, as well as civil coercive contempt sanctions.

IT IS SO ORDERED

DATED this 5th day of July, 2011

_____
U.S. ~~DISTRICT JUDGE~~/MAGISTRATE JUDGE

Respectfully submitted by:

HOLLAND & HART LLP

/s/ [signature] 11258
For Patrick J. Reilly, Esq.
Holland & Hart LLP
3800 Howard Hughes Parkway
Tenth Floor
Las Vegas, Nevada 89169
Tel: (702) 669-4600
Fax: (702) 669-4650
preilly@hollandhart.com
*Attorneys for Plaintiffs*

5136926_1.DOC

# EXHIBIT "A"

# EXHIBIT "A"

## LIST OF DOCUMENTS AND THINGS TO BE PRODUCED
## AT SUPPLEMENTAL PROCEEDING BY JUDGMENT DEBTOR

1. Copies of your Federal and State Income Tax returns for the two years preceding the date of this Order, together with all Form W-2s, Form 1099s, or any other documents (including paycheck stubs) evidencing income you earned or received during the two years preceding the date of this Order.

2. Copies of any quarterly estimates of Federal and State Income Tax filed by you for this year, and the year preceding this order.

3. Bank statements on all checking accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

4. Canceled checks written upon any account stated in Paragraph 3 above, for two years preceding the date of this order.

5. Bank statements on all savings accounts belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

6. All savings, deposit books covering any accounts stated in Paragraph 5 above, for two years preceding the date of this order.

7. Statements covering any savings accounts held in saving or loan associations or similar associations belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

8. All savings, deposit books covering any accounts stated in Paragraph 7 above, for two years preceding the date of this order..

9. A list of all documents or items contained in all safe deposit boxes whether privately maintained or in any bank or savings and loan or similar association belonging to you or in which you have or have had an interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order and all documents relating to that safe deposit box.

10. Evidence of any and all stocks and bonds belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

11. All evidence of investment or retirement accounts, including but not limited to certificate of deposits, mutual funds, brokerage accounts, IRA's, 401K, Keogh accounts, REIT accounts, etc.

12. All statements covering any account referenced in Paragraph 11 above for two years preceding this order.

13. All life insurance policies now upon your life or naming you as a beneficiary therein.

///

5136926_1.DOC

14. All evidence of any and all notes, contracts, negotiable instruments, receivables, accounts receivables, whether due or not, belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

15. All fire, burglary and extended coverage insurance policies now in force upon any real estate or personal property (including copies of insurance inventories) owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

16. All titles, deeds or contracts of sale upon real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

17. A list of any encumbrances attaching to real property owned, purchased or being purchased or sold, which you own or have had any interest in whatsoever either alone or jointly with any other person or persons for two years preceding that date of this order. This request shall include the legal description of the property amount of encumbrance, name and address of beneficiary, name and address of trustee, if any, and date of recording.

18. All real or personal property assessment notices received by you within two years preceding the date of this order from any taxing agency, state or federal, whatsoever.

19. All titles, bills of sale, or contracts of sale upon personal property including, but not limited to, automobiles, boats, household goods, miscellaneous furniture and fixtures belonging to you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

20. A complete inventory of all items of personal property owned by you of any nature whatsoever including automobiles, boats, household fixtures, furnishings, appliances and clothing, whether paid for or not. If the personal property is not in your possession and in the possession of another person, designate the name and address of the person having possession of the property.

21. All automobile or personal property casualty or collision or all-risk insurance policies presently owned by you.

22. All evidence of mining claims, patents, or development work owned by you or in which you have or have had any interest whatsoever either alone or jointly with any other person or persons for two years preceding the date of this order.

23. All evidence of any source of income and/or employment which you have received for two years preceding the date of this order or which you expect to receive in the future, together with copies of all contracts, work orders, employment agreements, payment records, partnership or corporate documents, or otherwise, relating to each source of income.

24. All documents which represent any trademark, trade name, copyright, or patent in which judgment debtor has an interest.

25. Any financial statements submitted by you to any financial or lending institution, governmental authority (i.e., Nevada State Contractors Board, Nevada Realtors Board, etc.).

5136926_1.DOC

26. A list of all creditors, together with all information concerning said creditor, including, creditor's address, telephone number, amount owed, date debt was incurred, methods of payment, balance owing and whether account is current.

27. For the prior two years, a list of all persons who are indebted to you and upon whom you may have a claim or interest together with all information concerning said debtor, including debtors address, telephone number, amount owed, date debt was or will be incurred, method of payment, balance owing and nature of debt.

28. All evidence of any and all partnership agreements or any other business entity in which you have had any interest whatsoever for two years preceding the date of this order.

5136926_1.DOC