WILLIAM C. DEVINE, II
Nevada Bar No. 10874
LAW FIRM OF RAINEY DEVINE
2445 W. Horizon Ridge Pkwy, Suite 110
Henderson, Nevada 89052
Tel: (702) 425-5100
Fax: (888) 867-5734
E-Mail: william@raineydevine.com
*Attorney for Defendant/Judgment Debtor*
WILLIAM E. GIBSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NLM CAPITAL PARTNERS, L.P., <br> Plaintiff, <br> Vs. <br> MOBICOM CORPORATION and <br> WILLIAM E. GIBSON, <br> Defendants. | Case No:   2:11-CV-00912-GMN-RJJ <br><br> [PROPOSED] <br> ORDER VACATING DEBTOR <br> EXAMINATION OF <br> WILLIAM GIBSON |

For good cause being shown, this court finds that Defendant William E. Gibson is no longer residing within the State of Nevada, therefore Defendant's Request to Vacate Debtor Examation of William Gibson is hereby GRANTED, without prejudice to Plaintiff to re-apply at such time Defendant William E. Gibson becomes a resident of Nevada.

IT IS SO ORDERED.

DATED This __21st__ day of __July__, 2011.

_____
U.S. MAGISTRATE JUDGE

Respectfully submitted by:
**LAW FIRM OF RAINEY DEVINE**

By: _____
William Devine II, Esq., NV Bar #10874
2445 W. Horizon Ridge Pkwy, Suite 110
Henderson, Nevada 89052
william@raineydevine.com
*Attorney for Defendant/Judgment Debtor*
*William E. Gibson*

-1-